**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE BAXTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU, <br><br> Defendants. | No. 24-cv-05653-PKC-CLP <br><br> Judge Pamela K. Chen <br><br> CLASS ACTION <br><br> ORAL ARGUMENT REQUESTED |
| MACOMB COUNTY RETIREE HEALTH CARE FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JIAZHEN ZHAO, JING MA, and JUN LIU, <br><br> Defendants. | No. 24-cv-06881-PKC-CLP <br><br> Judge Pamela K. Chen <br><br> CLASS ACTION <br><br> ORAL ARGUMENT REQUESTED |

*caption continued on the next page…*

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF BOSTON RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| JARED SHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU,<br><br>          Defendants. | No. 24-cv-06950-JAM<br><br>Magistrate Judge Joseph A. Marutollo<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Boston Retirement System ("Boston"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Boston as Lead Plaintiff in the Related Actions; (3) approving Boston's selection of Labaton as Lead Counsel for the Class in the Related Actions; and (4) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Boston, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss Chart identifying Boston's transactions in PDD Holdings, Inc. securities during the Class Period;

EXHIBIT C:  Notice of the first-filed action issued on *Business Wire* on August 13, 2024;

EXHIBIT D:  Notice of the second-filed action issued on *Business Wire*, on September 30, 2024;

EXHIBIT E:  Notice of the third-filed action issued on *Globe Newswire,* on October 01, 2024; and

EXHIBIT F:  Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Executed this 15th day of October, 2024

/s/ Francis P. McConville
Francis P. McConville