# Exhibit B

**LOSS ANALYSIS**

**Class Period: 04/30/2021 – 09/12/2024**

**PDD Holdings Inc. (PDD)**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| PDD | 722304102 | US7223041028 | BYVW0F7 | $126.6761 |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 04/30/21 | 0 | | |
| Purchases | 04/09/24 | 15,337 | $119.8337 | ($1,837,889.46) |
| Purchases | 05/09/24 | 4,586 | $137.9720 | ($632,739.59) |
| Purchases | 06/06/24 | 5,944 | $143.8026 | ($854,762.65) |
| Purchases | 08/14/24 | 5,921 | $142.6535 | ($844,651.37) |
| **Class Period purchases:** | | **31,788** | | **($4,170,043.08)** |
| Sales | | 0 | | $0.00 |
| ***Class Period sales that match to Class Period purchases:*** | | ***0*** | | ***$0.00*** |
| | Shares Held: | 31,788 | $126.6761 | $4,026,779.87 |
| | | | **LIFO Gain/(Loss):** | **($143,263.21)** |
| | | | Total Shares Bought: | 31,788 |
| | | | Total Net Shares: | 31,788 |
| | | | Total Net Expenditures: | ($4,170,043.08) |

[1] *Value of shares held is the mean trading price from 09/13/2024 to 10/15/2024.*