**Exhibit E**

Case 1:24-cv-05653-PKC-CHK    Document 12-7    Filed 10/15/24    Page 2 of 5 PageID #: 115



NEWSROOM    SERVICES    CONTACT US    ENGLISH ˅    SIGN IN    REGISTER



## The Rosen Law Firm
### TOP RANKED GLOBAL INVESTOR COUNSEL
📞 866-767-3653  🕐 www.rosenlegal.com
**Ranked in Top 4 Each Year Since 2013**

# ROSEN, A LEADING LAW FIRM, Encourages PDD Holdings Inc. f/k/a Pinduoduo Inc. Investors to Secure Counsel Before Important October 15 Deadline in Securities Class Action First Filed by the Firm – PDD

October 01, 2024 19:07 | Source: **The Rosen Law Firm PA**

ET

**Follow**

**Company Profile**

**The Rosen Law Firm PA**

**Industry:** Consumer Services

**Website:**
https://www.rosenlegal.com

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**

NEW YORK, Oct. 01, 2024 (GLOBE NEWSWIRE) --

**WHY:** Rosen Law Firm, a global investor rights law firm, reminds purchasers of American Depositary Shares of PDD Holdings Inc. f/k/a Pinduoduo Inc. (NASDAQ: PDD) between April 30, 2021 and September 12, 2024, both dates inclusive (the "Class Period"), as well as those who purchased call options or sold put options during the Class Period, of the important **October 15, 2024 lead plaintiff deadline** in the securities class action first filed by the Firm.

**SO WHAT:** If you purchased PDD Holdings securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the PDD Holdings class action, go to https://rosenlegal.com/submit-form/?case_id=15586 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must

Case 1:24-cv-05653-PKC-CHK Document 12-7 Filed 10/15/24 Page 3 of 5 PageID #: 116

GlobeNewswire
by notified

NEWSROOM          SERVICES          CONTACT US

SIGN IN          REGISTER

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period made materially false and/or misleading statements and/or failed to disclose that: (1) PDD Holdings' applications contained malware, which was designed to obtain user data without the user's consent, including reading private text messages; (2) PDD Holdings has no meaningful system to prevent goods made by forced labor from being sold on its platform, and has openly sold banned products on its Temu platform; (3) the foregoing subjected PDD Holdings to a heightened risk of legal and political scrutiny; and (4) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

Case 1:24-cv-05653-PKC-CHK    Document 12-7   Filed 10/15/24   Page 4 of 5 PageID #: 117

for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Attorney Advertising. Prior results do not guarantee a similar outcome.

------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Tags**

Rosen Law Firm    PDD Holdings Inc.    Pinduoduo Inc.

NASDAQ: PDD    Temu    Class Action

# Recommended Reading

Case 1:24-cv-05653-PKC-CHK    Document 2-7    Filed 10/15/24    Page 5 of 5 PageID #: 118

**ROSEN, RECOGNIZED INVESTOR COUNSEL, Encourages WEBTOON Entertainment Inc. Investors to Secure Counsel Before Important Deadline in...**



NEW YORK, Oct. 13, 2024 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of common stock of WEBTOON Entertainment Inc. (NASDAQ: WBTN) pursuant and/or...

**ROSEN, A TOP RANKED LAW FIRM, Encourages Metagenomi, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action...**



NEW YORK, Oct. 13, 2024 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Metagenomi, Inc. (NASDAQ: MGX) pursuant and/or traceable to the...

# Explore



[Trethera Announces Presentation at the Rare Neuroi...](#)

October 15, 2024 11:48 ET

[Taco John's Restaurant Support Center Team Members...](#)

October 15, 2024 11:46 ET

● ○ ○ ○ ○

GlobeNewswire
by notified

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:  **in**

## Global News

· [English](#)

· [Français](#)

· [Deutsch](#)

## Newswire Distribution Network & Management

· [Home](#)                · [Legal](#)

· [Newsroom](#)        · [Contact us](#)

· [RSS Feeds](#)        · [Resources](#)

· [Notified](#)