# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE BAXTER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU, <br><br> Defendants. | Case No. 1:24-cv-05653-PKC-CLP |
| MACOMB COUNTY RETIREE HEALTH CARE FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JIAZHEN ZHAO, JING MA, and JUN LIU, <br><br> Defendants. | Case No. 1:24-cv-06881-PKC-CLP |
| JARED SHAW, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU, <br><br> Defendants. | Case No. 1:24-cv-06950-JAM |

**NOTICE OF LINDSAY BYRON SMITH'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>LEAD COUNSEL</u>**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Lindsay Byron Smith ("Smith") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Smith as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Smith's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Smith seeks consolidation of related actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Federal Rules of Civil Procedure, the Exchange Act, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Counsel for Smith is aware of this Court's Individual Practice Rule 3.D., which encourages parties not to file their motion papers until the motion has been fully briefed. However, the Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published, which deadline is today. Moreover, Smith will not know who else plans to move for appointment as lead plaintiff (if anyone) until after all the deadline has passed and all movants have filed their respective motions. As such, Smith respectfully requests that the Court waive the requirements of Rule 3.D.

Respectfully submitted,

DATED: October 15, 2024                     **GLANCY PRONGAY & MURRAY LLP**

By:  _/s/ Gregory B. Linkh_
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lindsay Byron Smith and Proposed*
*Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 15, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2024, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh