**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE BAXTER, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-05653-PKC-CLP |
| Plaintiff, | |
| v. | |
| PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU, | |
| Defendants. | |
| MACOMB COUNTY RETIREE HEALTH CARE FUND, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-06881-PKC-CLP |
| Plaintiff, | |
| v. | |
| PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JIAZHEN ZHAO, JING MA, and JUN LIU, | |
| Defendants. | |
| JARED SHAW, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-06950-JAM |
| Plaintiff, | |
| v. | |
| PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Lindsay Byron Smith's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re PDD Holdings Inc. Securities Litigation*, Master File No. 1:24-cv-05653-PKC-CLP;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Lindsay Byron Smith as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____        _____
                                        HON. PAMELA K. CHEN
                                        UNITED STATES DISTRICT JUDGE

1