# EXHIBIT C

# Financial Interest Analysis

**Company Name:** PDD Holdings Inc. f/k/a Pinduoduo Inc.
**Ticker:** PDD
**Class Period:** April 30, 2021 to September 12, 2024
**Name:** Lindsay Byron Smith

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/5/2024 | 375 | $135.8236 | -$50,933.8500 | | $0.0000 | -$50,933.85 |
| 8/29/2024 | -375 | | $0.0000 | $92.0131 | $34,504.9125 | $34,504.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | **Subtotal:** | -$16,428.94 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $126.6064 | 0 | **Total:** | -$16,428.94 |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 13, 2024 to October 14, 2024. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.