Case 1:24-cv-05653-PKC-CHK    Document 19-3    Filed 10/15/24    Page 1 of 2 PageID #: 253

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE BAXTER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU,<br><br>      Defendants. | Case No.  1:24-cv-05653-PKC-CLP<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF HU FAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| MACOMB COUNTY RETIREE HEALTH CARE FUND, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JIAZHEN ZHAO, JING MA, and JUN LIU,<br><br>      Defendants. | Case No.  1:24-cv-06881-PKC-CLP |
| JARED SHAW, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU,<br><br>      Defendants. | Case No.  1:24-cv-06950-JAM |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Hu Fan ("Fan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Fan's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart setting forth Fan's financial interest in this litigation; |
| --- | --- |
| Exhibit B: | Press release published via *Business Wire* on August 13, 2024, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Fan; |
| Exhibit D: | Declaration executed by Fan; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 15, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1