# EXHIBIT A

**PDD Holdings Inc. (PDD)**
**Class Period: April 30, 2021 to September 12, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 26-Days* Mean Price $126.6064 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Hu Fan, Acct 1 | Common Stock | | 2,300 | | ($304,175) | | (4,800) | | $202,904 | $0 | ($233,362) | ($182,223) |
| Hu Fan, Acct 1 | Options | | 264 | | ($467,654) | | (264) | | $525,963 | $0 | $58,309 | $58,309 |
| Hu Fan, Acct 2 | Common Stock | | 1,336 | | ($114,914) | | (1,953) | | $143,758 | $0 | ($27,602) | ($3,823) |
| Hu Fan, Acct 3 | Common Stock | | 0 | | $0 | | (200) | | $8,452 | $0 | $0 | $0 |
| **Hu Fan** | **Common Stock & Options** | | | | **($886,743)** | | | | **$881,077** | **$0** | **($202,655)** | **($127,737)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Hu Fan | Common Stock | | | | | Preclass | 2,500 | | | | | |
| Hu Fan | Common Stock | 5/13/2021 | 200 | $150.0000 | ($30,000) | 1/19/2022 | (100) | $65.9000 | $6,590 | | | |
| Hu Fan | Common Stock | 7/8/2021 | 300 | $150.0000 | ($45,000) | 1/20/2022 | (100) | $69.6000 | $6,960 | | | |
| Hu Fan | Common Stock | 7/23/2021 | 200 | $150.0000 | ($30,000) | 1/27/2022 | (800) | $53.1147 | $42,492 | | | |
| Hu Fan | Common Stock | 11/26/2021 | 100 | $73.7051 | ($7,371) | 2/24/2022 | (1,500) | $50.7000 | $76,050 | | | |
| Hu Fan | Common Stock | 11/26/2021 | 100 | $70.0000 | ($7,000) | 3/15/2022 | (456) | $25.3700 | $11,569 | | | |
| Hu Fan | Common Stock | 11/26/2021 | 100 | $68.0000 | ($6,800) | 5/12/2022 | (1,844) | $32.1277 | $59,244 | | | |
| Hu Fan | Common Stock | 11/29/2021 | 1,100 | $150.0000 | ($165,000) | | | | | | | |
| Hu Fan | Common Stock | 12/1/2021 | 200 | $65.0200 | ($13,004) | | | | | | | |
| **Hu Fan** | **Common Stock** | | **2,300** | | **($304,175)** | | **(4,800)** | | **$202,904** | **$0** | **($233,362)** | **($182,223)** |
| | | | | | | | | | | | | |
| **Hu Fan** | **PDD 02JUL21 150.0 P** | **6/28/2021** | **6** | **$22.6833** | **($13,610)** | **6/14/2021** | **(6)** | **$28.7083** | **$17,225** | **$0** | **$3,615** | **$3,615** |
| **Hu Fan** | **PDD 04JUN21 150.0 P** | **6/2/2021** | **8** | **$12.1088** | **($9,687)** | **5/20/2021** | **(8)** | **$21.8550** | **$17,484** | **$0** | **$7,797** | **$7,797** |
| **Hu Fan** | **PDD 09JUL21 150.0 P** | **7/6/2021** | **10** | **$36.8580** | **($36,858)** | **6/21/2021** | **(10)** | **$29.2200** | **$29,220** | **$0** | **($7,638)** | **($7,638)** |
| **Hu Fan** | **PDD 14MAY21 115.0 P** | **5/14/2021** | **2** | **expired** | | **5/10/2021** | **(2)** | **$3.0000** | **$600** | **$0** | **$600** | **$600** |
| **Hu Fan** | **PDD 15OCT21 150.0 P** | **9/27/2021** | **3** | **$54.9200** | **($16,476)** | **8/2/2021** | **(3)** | **$60.6300** | **$18,189** | **$0** | **$1,713** | **$1,713** |
| **Hu Fan** | **PDD 17SEP21 150.0 P** | **8/26/2021** | **8** | **$54.8125** | **($43,850)** | **7/26/2021** | **(8)** | **$56.1688** | **$44,935** | **$0** | **$1,085** | **$1,085** |
| **Hu Fan** | **PDD 18JUN21 150.0 P** | **6/14/2021** | **6** | **$28.5050** | **($17,103)** | **6/8/2021** | **(6)** | **$24.8117** | **$14,887** | **$0** | **($2,216)** | **($2,216)** |
| **Hu Fan** | **PDD 18MAR22 70.0 C** | **3/18/2022** | **8** | **expired** | | **1/31/2022** | **(8)** | **$3.2500** | **$2,600** | **$0** | **$2,600** | **$2,600** |
| **Hu Fan** | **PDD 20AUG21 150.0 P** | **8/2/2021** | **3** | **$60.2800** | **($18,084)** | **7/9/2021** | **(3)** | **$42.2700** | **$12,681** | **$0** | **($5,403)** | **($5,403)** |
| **Hu Fan** | **PDD 20MAY22 55.0 C** | **5/20/2022** | **5** | **expired** | | **4/13/2022** | **(5)** | **$1.7000** | **$850** | **$0** | **$850** | **$850** |
| **Hu Fan** | **PDD 20MAY22 80.0 C** | **5/20/2022** | **5** | **expired** | | **1/31/2022** | **(5)** | **$3.4500** | **$1,725** | **$0** | **$1,725** | **$1,725** |
| **Hu Fan** | **PDD 21MAY21 120.0 P** | **5/21/2021** | **5** | **expired** | | **5/14/2021** | **(5)** | **$8.6160** | **$4,308** | **$0** | **$4,308** | **$4,308** |
| **Hu Fan** | **PDD 23DEC22 100.0 C** | **12/22/2022** | **3** | **$0.0300** | **($9)** | **12/5/2022** | **(3)** | **$2.0500** | **$615** | **$0** | **$606** | **$606** |
| **Hu Fan** | **PDD 23JUL21 150.0 P** | **7/16/2021** | **10** | **$41.4210** | **($41,421)** | **7/6/2021** | **(10)** | **$36.9580** | **$36,958** | **$0** | **($4,463)** | **($4,463)** |
| **Hu Fan** | **PDD 25JUN21 150.0 P** | **6/21/2021** | **10** | **$29.0700** | **($29,070)** | **6/8/2021** | **(10)** | **$25.2650** | **$25,265** | **$0** | **($3,805)** | **($3,805)** |
| **Hu Fan** | **PDD 28MAY21 150.0 P** | **5/26/2021** | **8** | **$22.8875** | **($18,310)** | **5/20/2021** | **(8)** | **$22.3713** | **$17,897** | **$0** | **($413)** | **($413)** |
| **Hu Fan** | **PDD 29APR22 55.0 C** | **4/29/2022** | **10** | **expired** | | **3/18/2022** | **(10)** | **$3.6300** | **$3,630** | **$0** | **$3,630** | **$3,630** |
| | | | | | | | | | | | | |
| Hu Fan | PDD 07MAY21 150.0 P | 5/7/2021 | 8 | $14.7300 | ($11,784) | 4/30/2021 | (5) | $12.4940 | $6,247 | | | |
| Hu Fan | PDD 07MAY21 150.0 P | 5/7/2021 | 10 | $14.0460 | ($14,046) | 4/30/2021 | (5) | $12.9500 | $6,475 | | | |

*Avg Closing Prices from September 13, 2024 to October 14, 2024

**PDD Holdings Inc. (PDD)**
**Class Period: April 30, 2021 to September 12, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 26-Days* Mean Price $126.6064 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hu Fan | PDD 07MAY21 150.0 P | | | | | 4/30/2021 | (5) | $12.3200 | $6,160 | | | |
| Hu Fan | PDD 07MAY21 150.0 P | | | | | 4/30/2021 | (3) | $12.7067 | $3,812 | | | |
| **Hu Fan** | **PDD 07MAY21 150.0 P** | | **18** | | **($25,830)** | | **(18)** | | **$22,694** | **$0** | **($3,136)** | **($3,136)** |
| Hu Fan | PDD 11JUN21 150.0 P | 6/8/2021 | 6 | $24.6617 | ($14,797) | 5/26/2021 | (8) | $23.2400 | $18,592 | | | |
| Hu Fan | PDD 11JUN21 150.0 P | 6/8/2021 | 10 | $24.8530 | ($24,853) | 6/2/2021 | (8) | $12.9350 | $10,348 | | | |
| **Hu Fan** | **PDD 11JUN21 150.0 P** | | **16** | | **($39,650)** | | **(16)** | | **$28,940** | **$0** | **($10,710)** | **($10,710)** |
| Hu Fan | PDD 13AUG21 150.0 P | 7/23/2021 | 2 assigned | | | 7/16/2021 | (10) | $41.4730 | $41,473 | | | |
| Hu Fan | PDD 13AUG21 150.0 P | 7/26/2021 | 8 | $55.9688 | ($44,775) | | | | | | | |
| **Hu Fan** | **PDD 13AUG21 150.0 P** | | **10** | | **($44,775)** | | **(10)** | | **$41,473** | **$0** | **($3,302)** | **($3,302)** |
| Hu Fan | PDD 14APR22 55.0 C | 3/23/2022 | 5 | $3.9300 | ($1,965) | 3/21/2022 | (5) | $2.0000 | $1,000 | | | |
| Hu Fan | PDD 14APR22 55.0 C | 4/14/2022 | 3 expired | | | 3/22/2022 | (3) | $2.8000 | $840 | | | |
| **Hu Fan** | **PDD 14APR22 55.0 C** | | **8** | | **($1,965)** | | **(8)** | | **$1,840** | **$0** | **($125)** | **($125)** |
| Hu Fan | PDD 14APR22 60.0 C | 4/14/2022 | 8 expired | | | 3/18/2022 | (5) | $2.1000 | $1,050 | | | |
| Hu Fan | PDD 14APR22 60.0 C | | | | | 3/23/2022 | (3) | $3.5000 | $1,050 | | | |
| **Hu Fan** | **PDD 14APR22 60.0 C** | | **8** | | **$0** | | **(8)** | | **$2,100** | **$0** | **$2,100** | **$2,100** |
| Hu Fan | PDD 14MAY21 120.0 P | 5/14/2021 | 5 | $6.6060 | ($3,303) | 5/10/2021 | (3) | $5.0000 | $1,500 | | | |
| Hu Fan | PDD 14MAY21 120.0 P | | | | | 5/10/2021 | (2) | $3.0000 | $600 | | | |
| **Hu Fan** | **PDD 14MAY21 120.0 P** | | **5** | | **($3,303)** | | **(5)** | | **$2,100** | **$0** | **($1,203)** | **($1,203)** |
| Hu Fan | PDD 14MAY21 150.0 P | 5/13/2021 | 2 assigned | | | 5/7/2021 | (8) | $15.1500 | $12,120 | | | |
| Hu Fan | PDD 14MAY21 150.0 P | 5/14/2021 | 6 | $36.4283 | ($21,857) | | | | | | | |
| **Hu Fan** | **PDD 14MAY21 150.0 P** | | **8** | | **($21,857)** | | **(8)** | | **$12,120** | **$0** | **($9,737)** | **($9,737)** |
| Hu Fan | PDD 16JUL21 150.0 P | 7/8/2021 | 3 assigned | | | 6/28/2021 | (6) | $23.1833 | $13,910 | | | |
| Hu Fan | PDD 16JUL21 150.0 P | 7/9/2021 | 3 | $41.8667 | ($12,560) | | | | | | | |
| **Hu Fan** | **PDD 16JUL21 150.0 P** | | **6** | | **($12,560)** | | **(6)** | | **$13,910** | **$0** | **$1,350** | **$1,350** |
| Hu Fan | PDD 19NOV21 150.0 P | 10/15/2021 | 2 | $56.1500 | ($11,230) | 9/27/2021 | (3) | $55.0800 | $16,524 | | | |
| Hu Fan | PDD 19NOV21 150.0 P | 10/15/2021 | 1 | $56.1500 | ($5,615) | | | | | | | |
| **Hu Fan** | **PDD 19NOV21 150.0 P** | | **3** | | **($16,845)** | | **(3)** | | **$16,524** | **$0** | **($321)** | **($321)** |
| Hu Fan | PDD 20JAN23 100.0 C | 12/20/2022 | 10 | $1.3900 | ($1,390) | 6/24/2022 | (2) | $5.5000 | $1,100 | | | |
| Hu Fan | PDD 20JAN23 100.0 C | 12/22/2022 | 5 | $1.1300 | ($565) | 8/29/2022 | (2) | $3.6000 | $720 | | | |
| Hu Fan | PDD 20JAN23 100.0 C | | | | | 8/29/2022 | (2) | $4.0000 | $800 | | | |
| Hu Fan | PDD 20JAN23 100.0 C | | | | | 11/29/2022 | (2) | $2.0000 | $400 | | | |

*Avg Closing Prices from September 13, 2024 to October 14, 2024

**PDD Holdings Inc. (PDD)**
**Class Period: April 30, 2021 to September 12, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 26-Days* Mean Price $126.6064 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hu Fan | PDD 20JAN23 100.0 C | | | | | 3/23/2022 | (2) | $5.4000 | $1,080 | | | |
| Hu Fan | PDD 20JAN23 100.0 C | | | | | 3/23/2022 | (5) | $3.9300 | $1,965 | | | |
| **Hu Fan** | **PDD 20JAN23 100.0 C** | | **15** | | **($1,955)** | | **(15)** | | **$6,065** | **$0** | **$4,110** | **$4,110** |
| | | | | | | | | | | | | |
| Hu Fan | PDD 21JAN22 150.0 P | 11/29/2021 | 11 | assigned | | 8/26/2021 | (8) | $56.3125 | $45,050 | | | |
| Hu Fan | PDD 21JAN22 150.0 P | | | | | 10/15/2021 | (2) | $56.5500 | $11,310 | | | |
| Hu Fan | PDD 21JAN22 150.0 P | | | | | 10/15/2021 | (1) | $56.5400 | $5,654 | | | |
| **Hu Fan** | **PDD 21JAN22 150.0 P** | | **11** | | **$0** | | **(11)** | | **$62,014** | **$0** | **$62,014** | **$62,014** |
| | | | | | | | | | | | | |
| Hu Fan | PDD 21MAY21 150.0 P | 5/20/2021 | 8 | $20.8538 | ($16,683) | 5/7/2021 | (10) | $16.5460 | $16,546 | | | |
| Hu Fan | PDD 21MAY21 150.0 P | 5/20/2021 | 8 | $19.5750 | ($15,660) | 5/14/2021 | (6) | $36.4283 | $21,857 | | | |
| **Hu Fan** | **PDD 21MAY21 150.0 P** | | **16** | | **($32,343)** | | **(16)** | | **$38,403** | **$0** | **$6,060** | **$6,060** |
| | | | | | | | | | | | | |
| Hu Fan | PDD 23DEC22 95.0 C | 12/20/2022 | 12 | $0.0900 | ($108) | 11/29/2022 | (5) | $1.3000 | $650 | | | |
| Hu Fan | PDD 23DEC22 95.0 C | | | | | 11/30/2022 | (3) | $2.0000 | $600 | | | |
| Hu Fan | PDD 23DEC22 95.0 C | | | | | 12/2/2022 | (2) | $2.5000 | $500 | | | |
| Hu Fan | PDD 23DEC22 95.0 C | | | | | 12/2/2022 | (2) | $3.0000 | $600 | | | |
| **Hu Fan** | **PDD 23DEC22 95.0 C** | | **12** | | **($108)** | | **(12)** | | **$2,350** | **$0** | **$2,242** | **$2,242** |
| | | | | | | | | | | | | |
| Hu Fan | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $12.0940 | ($6,047) | 4/16/2021 | (8) | $18.1288 | $14,503 | | | |
| Hu Fan | PDD 30APR21 150.0 P | 4/30/2021 | 3 | $12.3467 | ($3,704) | 4/23/2021 | (10) | $11.8580 | $11,858 | | | |
| Hu Fan | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $12.5500 | ($6,275) | | | | | | | |
| Hu Fan | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $11.9180 | ($5,959) | | | | | | | |
| **Hu Fan** | **PDD 30APR21 150.0 P** | | **18** | | **($21,985)** | | **(18)** | | **$26,361** | **$0** | **$4,376** | **$4,376** |
| | | | | | | | | | | | | |
| _Account 2_ | | | | | | | | | | | | |
| Hu Fan | Common Stock | | | | | Preclass | 617 | | | | | |
| Hu Fan | Common Stock | 7/23/2021 | 100 | $97.5000 | ($9,750) | 11/2/2021 | (435) | $91.4800 | $39,794 | | | |
| Hu Fan | Common Stock | 7/26/2021 | 100 | $84.0000 | ($8,400) | 11/2/2021 | (482) | $91.4900 | $44,098 | | | |
| Hu Fan | Common Stock | 8/17/2021 | 100 | $77.5000 | ($7,750) | 1/25/2022 | (500) | $59.1300 | $29,565 | | | |
| Hu Fan | Common Stock | 11/2/2021 | 800 | $91.5500 | ($73,240) | 2/23/2022 | (128) | $51.8700 | $6,639 | | | |
| Hu Fan | Common Stock | 12/2/2021 | 100 | $60.5000 | ($6,050) | 2/23/2022 | (269) | $51.6400 | $13,891 | | | |
| Hu Fan | Common Stock | 12/3/2021 | 100 | $52.1000 | ($5,210) | 3/8/2022 | (89) | $38.7400 | $3,448 | | | |
| Hu Fan | Common Stock | 8/5/2024 | 36 | $125.4000 | ($4,514) | 8/5/2024 | (50) | $126.4500 | $6,323 | | | |
| **Hu Fan** | **Common Stock** | | **1,336** | | **($114,914)** | | **(1,953)** | | **$143,758** | **$0** | **($27,602)** | **($3,823)** |
| | | | | | | | | | | | | |
| _Account 3_ | | | | | | | | | | | | |
| Hu Fan | Common Stock | | | | | Preclass | 200 | | | | | |
| **Hu Fan** | **Common Stock** | | | | | **10/24/2022** | **(200)** | **$42.2600** | **$8,452** | **$0** | **$0** | **$0** |

*Avg Closing Prices from September 13, 2024 to October 14, 2024