# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, ___Hu Fan_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against PDD Holdings Inc. ("PDD") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire PDD securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired PDD securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in PDD securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed    10/14/2024
             **(Date)**


_____    Hu Fan
**(Signature)**


_____    Hu Fan
**(Type or Print Name)**

**PDD Holdings Inc. (PDD)**                                                          **Hu Fan**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| _Account 1_ | | | | |
| Purchase/Acquisition | Common Stock | 5/13/2021 | 200 | $150.0000 |
| Purchase/Acquisition | Common Stock | 7/8/2021 | 300 | $150.0000 |
| Purchase/Acquisition | Common Stock | 7/23/2021 | 200 | $150.0000 |
| Purchase/Acquisition | Common Stock | 11/26/2021 | 100 | $73.7051 |
| Purchase/Acquisition | Common Stock | 11/26/2021 | 100 | $70.0000 |
| Purchase/Acquisition | Common Stock | 11/26/2021 | 100 | $68.0000 |
| Purchase/Acquisition | Common Stock | 11/29/2021 | 1,100 | $150.0000 |
| Purchase/Acquisition | Common Stock | 12/1/2021 | 200 | $65.0200 |
| Sale | Common Stock | 1/19/2022 | (100) | $65.9000 |
| Sale | Common Stock | 1/20/2022 | (100) | $69.6000 |
| Sale | Common Stock | 1/27/2022 | (800) | $53.1147 |
| Sale | Common Stock | 2/24/2022 | (1,500) | $50.7000 |
| Sale | Common Stock | 3/15/2022 | (456) | $25.3700 |
| Sale | Common Stock | 5/12/2022 | (1,844) | $32.1277 |
| | | | | |
| Purchase/Acquisition | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $11.9180 |
| Purchase/Acquisition | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $12.0940 |
| Purchase/Acquisition | PDD 30APR21 150.0 P | 4/30/2021 | 3 | $12.3467 |
| Purchase/Acquisition | PDD 30APR21 150.0 P | 4/30/2021 | 5 | $12.5500 |
| Purchase/Acquisition | PDD 07MAY21 150.0 P | 5/7/2021 | 10 | $14.0460 |
| Purchase/Acquisition | PDD 07MAY21 150.0 P | 5/7/2021 | 8 | $14.7300 |
| Purchase/Acquisition | PDD 14MAY21 120.0 P | 5/14/2021 | 5 | $6.6060 |
| Purchase/Acquisition | PDD 14MAY21 150.0 P | 5/14/2021 | 6 | $36.4283 |
| Purchase/Acquisition | PDD 21MAY21 150.0 P | 5/20/2021 | 8 | $19.5750 |
| Purchase/Acquisition | PDD 21MAY21 150.0 P | 5/20/2021 | 8 | $20.8538 |
| Purchase/Acquisition | PDD 28MAY21 150.0 P | 5/26/2021 | 8 | $22.8875 |
| Purchase/Acquisition | PDD 04JUN21 150.0 P | 6/2/2021 | 8 | $12.1088 |
| Purchase/Acquisition | PDD 11JUN21 150.0 P | 6/8/2021 | 6 | $24.6617 |
| Purchase/Acquisition | PDD 11JUN21 150.0 P | 6/8/2021 | 10 | $24.8530 |
| Purchase/Acquisition | PDD 18JUN21 150.0 P | 6/14/2021 | 6 | $28.5050 |
| Purchase/Acquisition | PDD 25JUN21 150.0 P | 6/21/2021 | 10 | $29.0700 |
| Purchase/Acquisition | PDD 02JUL21 150.0 P | 6/28/2021 | 6 | $22.6833 |
| Purchase/Acquisition | PDD 09JUL21 150.0 P | 7/6/2021 | 10 | $36.8580 |
| Purchase/Acquisition | PDD 16JUL21 150.0 P | 7/9/2021 | 3 | $41.8667 |
| Purchase/Acquisition | PDD 23JUL21 150.0 P | 7/16/2021 | 10 | $41.4210 |
| Purchase/Acquisition | PDD 13AUG21 150.0 P | 7/26/2021 | 8 | $55.9688 |
| Purchase/Acquisition | PDD 20AUG21 150.0 P | 8/2/2021 | 3 | $60.2800 |
| Purchase/Acquisition | PDD 17SEP21 150.0 P | 8/26/2021 | 8 | $54.8125 |
| Purchase/Acquisition | PDD 15OCT21 150.0 P | 9/27/2021 | 3 | $54.9200 |
| Purchase/Acquisition | PDD 19NOV21 150.0 P | 10/15/2021 | 2 | $56.1500 |
| Purchase/Acquisition | PDD 19NOV21 150.0 P | 10/15/2021 | 1 | $56.1500 |
| Purchase/Acquisition | PDD 14APR22 55.0 C | 3/23/2022 | 5 | $3.9300 |
| Purchase/Acquisition | PDD 23DEC22 95.0 C | 12/20/2022 | 12 | $0.0900 |
| Purchase/Acquisition | PDD 20JAN23 100.0 C | 12/20/2022 | 10 | $1.3900 |
| Purchase/Acquisition | PDD 23DEC22 100.0 C | 12/22/2022 | 3 | $0.0300 |
| Purchase/Acquisition | PDD 20JAN23 100.0 C | 12/22/2022 | 5 | $1.1300 |
| Sale | PDD 30APR21 150.0 P | 4/16/2021 | (8) | $18.1288 |
| Sale | PDD 30APR21 150.0 P | 4/23/2021 | (10) | $11.8580 |
| Sale | PDD 07MAY21 150.0 P | 4/30/2021 | (5) | $12.3200 |
| Sale | PDD 07MAY21 150.0 P | 4/30/2021 | (5) | $12.4940 |
| Sale | PDD 07MAY21 150.0 P | 4/30/2021 | (3) | $12.7067 |
| Sale | PDD 07MAY21 150.0 P | 4/30/2021 | (5) | $12.9500 |
| Sale | PDD 14MAY21 150.0 P | 5/7/2021 | (8) | $15.1500 |
| Sale | PDD 21MAY21 150.0 P | 5/7/2021 | (10) | $16.5460 |
| Sale | PDD 14MAY21 115.0 P | 5/10/2021 | (2) | $3.0000 |
| Sale | PDD 14MAY21 120.0 P | 5/10/2021 | (2) | $3.0000 |
| Sale | PDD 14MAY21 120.0 P | 5/10/2021 | (3) | $5.0000 |
| Sale | PDD 21MAY21 120.0 P | 5/14/2021 | (5) | $8.6160 |
| Sale | PDD 21MAY21 150.0 P | 5/14/2021 | (6) | $36.4283 |

**PDD Holdings Inc. (PDD)**                                                                                                          **Hu Fan**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | PDD 04JUN21 150.0 P | 5/20/2021 | (8) | $21.8550 |
| Sale | PDD 28MAY21 150.0 P | 5/20/2021 | (8) | $22.3713 |
| Sale | PDD 11JUN21 150.0 P | 5/26/2021 | (8) | $23.2400 |
| Sale | PDD 11JUN21 150.0 P | 6/2/2021 | (8) | $12.9350 |
| Sale | PDD 18JUN21 150.0 P | 6/8/2021 | (6) | $24.8117 |
| Sale | PDD 25JUN21 150.0 P | 6/8/2021 | (10) | $25.2650 |
| Sale | PDD 02JUL21 150.0 P | 6/14/2021 | (6) | $28.7083 |
| Sale | PDD 09JUL21 150.0 P | 6/21/2021 | (10) | $29.2200 |
| Sale | PDD 16JUL21 150.0 P | 6/28/2021 | (6) | $23.1833 |
| Sale | PDD 23JUL21 150.0 P | 7/6/2021 | (10) | $36.9580 |
| Sale | PDD 20AUG21 150.0 P | 7/9/2021 | (3) | $42.2700 |
| Sale | PDD 13AUG21 150.0 P | 7/16/2021 | (10) | $41.4730 |
| Sale | PDD 17SEP21 150.0 P | 7/26/2021 | (8) | $56.1688 |
| Sale | PDD 15OCT21 150.0 P | 8/2/2021 | (3) | $60.6300 |
| Sale | PDD 21JAN22 150.0 P | 8/26/2021 | (8) | $56.3125 |
| Sale | PDD 19NOV21 150.0 P | 9/27/2021 | (3) | $55.0800 |
| Sale | PDD 21JAN22 150.0 P | 10/15/2021 | (1) | $56.5400 |
| Sale | PDD 21JAN22 150.0 P | 10/15/2021 | (2) | $56.5500 |
| Sale | PDD 18MAR22 70.0 C | 1/31/2022 | (8) | $3.2500 |
| Sale | PDD 20MAY22 80.0 C | 1/31/2022 | (5) | $3.4500 |
| Sale | PDD 14APR22 60.0 C | 3/18/2022 | (5) | $2.1000 |
| Sale | PDD 29APR22 55.0 C | 3/18/2022 | (10) | $3.6300 |
| Sale | PDD 14APR22 55.0 C | 3/21/2022 | (5) | $2.0000 |
| Sale | PDD 14APR22 55.0 C | 3/22/2022 | (3) | $2.8000 |
| Sale | PDD 14APR22 60.0 C | 3/23/2022 | (3) | $3.5000 |
| Sale | PDD 20JAN23 100.0 C | 3/23/2022 | (5) | $3.9300 |
| Sale | PDD 20JAN23 100.0 C | 3/23/2022 | (2) | $5.4000 |
| Sale | PDD 20MAY22 55.0 C | 4/13/2022 | (5) | $1.7000 |
| Sale | PDD 20JAN23 100.0 C | 6/24/2022 | (2) | $5.5000 |
| Sale | PDD 20JAN23 100.0 C | 8/29/2022 | (2) | $3.6000 |
| Sale | PDD 20JAN23 100.0 C | 8/29/2022 | (2) | $4.0000 |
| Sale | PDD 23DEC22 95.0 C | 11/29/2022 | (5) | $1.3000 |
| Sale | PDD 20JAN23 100.0 C | 11/29/2022 | (2) | $2.0000 |
| Sale | PDD 23DEC22 95.0 C | 11/30/2022 | (3) | $2.0000 |
| Sale | PDD 23DEC22 95.0 C | 12/2/2022 | (2) | $2.5000 |
| Sale | PDD 23DEC22 95.0 C | 12/2/2022 | (2) | $3.0000 |
| Sale | PDD 23DEC22 100.0 C | 12/5/2022 | (3) | $2.0500 |
| **Account 2** | | | | |
| Purchase/Acquisition | Common Stock | 7/23/2021 | 100 | $97.5000 |
| Purchase/Acquisition | Common Stock | 7/26/2021 | 100 | $84.0000 |
| Purchase/Acquisition | Common Stock | 8/17/2021 | 100 | $77.5000 |
| Purchase/Acquisition | Common Stock | 11/2/2021 | 800 | $91.5500 |
| Purchase/Acquisition | Common Stock | 12/2/2021 | 100 | $60.5000 |
| Purchase/Acquisition | Common Stock | 12/3/2021 | 100 | $52.1000 |
| Purchase/Acquisition | Common Stock | 8/5/2024 | 36 | $125.4000 |
| Sale | Common Stock | 11/2/2021 | (435) | $91.4800 |
| Sale | Common Stock | 11/2/2021 | (482) | $91.4900 |
| Sale | Common Stock | 1/25/2022 | (500) | $59.1300 |
| Sale | Common Stock | 2/23/2022 | (128) | $51.8700 |
| Sale | Common Stock | 2/23/2022 | (269) | $51.6400 |
| Sale | Common Stock | 3/8/2022 | (89) | $38.7400 |
| Sale | Common Stock | 8/5/2024 | (50) | $126.4500 |
| **Account 3** | | | | |
| Sale | Common Stock | 10/24/2022 | (200) | $42.2600 |