**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE BAXTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU,<br><br>Defendants. | **CASE No.: 1:24-cv-05653-PKC-CLP**<br><br>**NOTICE OF MOTION AND MOTION OF JARED SHAW TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |
| MACOMB COUNTY RETIREE HEALTH CARE FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JIAZHEN ZHAO, JING MA, and JUN LIU,<br><br>Defendants. | **CASE No.: 1:24-cv-06881-PKC-CLP**<br><br>**<u>CLASS ACTION</u>** |

[Additional caption on page below]

1

<table>
<tr><td>

JARED SHAW, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, and JUN LIU,

Defendants.

</td><td>

CASE No.: 1:24-cv-06950-JAM

**CLASS ACTION**

</td></tr>
</table>

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Jared Shaw ("Movant"), hereby moves this Court, the Honorable Pamela K. Chen, United States District Court Judge, on a date and time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated October 15, 2024 (and exhibits); and (ii) a [Proposed] Order, Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Movant is aware of your Honor's Individual Rule 3D, which generally encourages parties to refrain from the filing of motion papers prior to full briefing. The Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on August 13, 2024;

2

accordingly, lead plaintiff motions must be filed no later than today, October 15, 2024. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i).

As the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that Rule 3D be waived because waiting to file until the motion is fully briefed could result in the loss of a right. The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: October 15, 2024                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           /s/ Phillip Kim
                                           Phillip Kim, Esq.
                                           Laurence M. Rosen, Esq.
                                           275 Madison Avenue, 40th Floor
                                           New York, New York 10016
                                           Telephone: (212) 686-1060
                                           Fax: (212) 202-3827
                                           Email: philkim@rosenlegal.com
                                           Email: lrosen@rosenlegal.com

                                           *[Proposed] Lead Counsel for Movant and Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>