# Exhibit 3

**PDD Holdings Inc.**
**Class Period: April 30, 2021 through September 12, 2024**

| Name | Date Purchased | Security | Price | Total | Date Sold | Quantity | Price | Total | Held Value | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Shaw, Jared | 5/28/2024 | 40 Jul 19 24 $160 Call | ($9.00) | ($36,000.00) | 7/2/2024 | 500 Jul 19 24 $160 Call | $0.26 | $13,000.00 | | |
| | 5/28/2024 | 13 Jul 19 24 $160 Call | ($7.95) | ($10,335.00) | 7/2/2024 | 241 Jul 19 24 $160 Call | $0.26 | $6,266.00 | | |
| | 5/28/2024 | 1 Jul 19 24 $160 Call | ($7.50) | ($750.00) | 7/3/2024 | 500 Jul 19 24 $160 Call | $0.25 | $12,500.00 | | |
| | 5/28/2024 | 30 Jul 19 24 $160 Call | ($7.30) | ($21,900.00) | 7/3/2024 | 500 Jul 19 24 $160 Call | $0.24 | $12,000.00 | | |
| | 5/28/2024 | 5 Jul 19 24 $160 Call | ($7.10) | ($3,550.00) | 7/3/2024 | 20 Jul 5 24 $136 Put | $0.60 | $1,200.00 | | |
| | 5/28/2024 | 2 Jul 19 24 $160 Call | ($6.35) | ($1,270.00) | | | | | | |
| | 6/4/2024 | 160 Jul 19 24 $160 Call | ($2.50) | ($40,000.00) | | | | | | |
| | 6/4/2024 | 1 Jul 19 24 $160 Call | ($2.13) | ($213.00) | | | | | | |
| | 6/18/2024 | 2 Jul 19 24 $160 Call | ($1.15) | ($230.00) | | | | | | |
| | 6/27/2024 | 950 Jul 19 24 $160 Call | ($0.18) | ($16,862.50) | | | | | | |
| | 6/27/2024 | 3 Jul 19 24 $160 Call | ($0.18) | ($54.00) | | | | | | |
| | 7/1/2024 | 350 Jul 19 24 $160 Call | ($0.17) | ($59.50) | | | | | | |
| | 7/1/2024 | 10 Jul 19 24 $160 Call | ($0.17) | ($170.00) | | | | | | |
| | 7/3/2024 | 10 Jul 5 24 $136 Put | ($0.52) | ($520.00) | | | | | | |
| | 7/3/2024 | 10 Jul 5 24 $136 Put | ($0.43) | ($430.00) | | | | | | |
| | | | | ($132,344.00) | | | | $44,966.00 | 0 | ($87,378.00) |