**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE BAXTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>      vs.<br><br>PDD HOLDINGS INC. F/K/A PINDUODUO INC., et. al.,<br><br>                   Defendants. | **JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER**<br><br><br>No. 24-cv-05653-PKC-CLP |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and Defendant PDD Holdings Inc. ("PDD" or "Defendant," and, together with Lead Plaintiff, the "Parties") submit the below joint status report and proposed pleadings schedule pursuant to the Court's November 19, 2024 Memorandum and Order. ECF No. 26.

**STATUS**

This Action was commenced on August 13, 2024. On October 28, 2024, the Court entered an Order consolidating this Action with two later filed actions. On November 19, 2024, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court granted Lead Plaintiff's motion for appointment of Lead Plaintiff and approval of Lead Counsel and ordered the Parties to "submit a joint status report by December 4, 2024, indicating their proposed pleadings schedule." ECF No. 26. The Parties have met and conferred in good faith and agreed on a schedule for Lead Plaintiff to file a consolidated complaint (the "Consolidated Complaint"), PDD to file a letter requesting a pre-motion to dismiss conference, and Lead Plaintiff to respond to that letter.

**DEADLINE FOR FILING CONSOLIDATED COMPLAINT**

The Parties respectfully request that the Court grant Lead Plaintiff 90 days to file the Consolidated Complaint. Lead Plaintiff believes that the request is justified for the following reasons.

The PSLRA was enacted in part so that the plaintiff most capable of adequately representing the interests of absent class members would serve as lead plaintiff and select competent lead counsel to adequately prosecute securities class actions, including by conducting a thorough investigation into the factual matters alleged therein. Securities class actions are complex litigation and good cause exists to allocate appropriate time and resources to fully investigate, plead, and brief the allegations. Lead Plaintiff did not file the initial complaint in this Action but is now responsible for filing the Consolidated Complaint based on Lead Counsel's ongoing investigation. Moreover, Lead Counsel's investigation is international in scope in light of the Action's allegations and operations of PDD's subsidiaries. Thus, Lead Counsel's investigative efforts will likely be impacted by holidays here and abroad in December, January, and February (Hannukah, Christmas, New Year's Day, and Lunar New Year).

**DEADLINE FOR PRE-MOTION TO DISMISS LETTER**

PDD intends to move to dismiss the Consolidated Complaint once it is filed. The Parties respectfully request that the Court grant PDD 60 days to file a letter requesting a pre-motion conference in connection with that intended motion and Lead Plaintiff seven days to respond to that letter. PDD believes the request is justified for the following reasons.

As noted by Lead Plaintiff, securities class actions are complex and good cause exists to allocate appropriate time and resources to fully assess and brief the issues.  It is likely that the Consolidated Complaint will incorporate new allegations that will require additional

consideration.   This schedule will allow Defendant to provide the Court with a thorough and complete recitation of the issues and bases for dismissal.

**PROPOSED SCHEDULE**

For the foregoing reasons, the Parties respectfully request the following pleading schedule:

| Event | Deadline |
|---|---|
| Plaintiffs to file Consolidated Complaint | March 4, 2025 |
| Defendant to file letter request for pre-motion conference | May 5, 2025 |
| Plaintiffs to file response to Defendant's request for pre-motion conference | May 12, 2025 |

DATED:  December 4, 2024

Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III
Beth C. Khinchuk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
bkhinchuk@labaton.com

*Counsel for Lead Plaintiff*


*/s/ Robert A. Fumerton*
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
Judy A. Flumenbaum
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

*Counsel for Defendant PDD Holdings Inc. f/k/a Pinduoduo Inc.*

4

**IT IS SO ORDERED.**

12/5/2024                                    /s/  Cheryl L. Pollak

Date