AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

| | |
|---|---|
| BLAKE BAXTER, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 24-cv-05653-PKC-CLP |
| PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, JUN LIU, and JIAZHEN ZHAO, | ) ) ) ) ) |
| *Defendant(s)* | ) |

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lei Chen, Jiazhen Zhao, Jing Ma - see Defendants' addresses attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alfred L. Fatale III
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*



Date: _____ 5/30/2025 _____

s/ M. Royer
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-05653-PKC-CLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT

*Baxter v. PDD Holdings Inc. et al* **(E.D.N.Y.)**

**DEFENDANT(S) ADDRESS(ES)**

**Lei Chen (陈磊)**

at the offices of Ningbo Hexuan Investment Management Co. Ltd.

(宁波和绚投资管理有限公司)

G0273 of Block B, Room 401, Building 1

No. 88, Meishan Qixing Road

Beilun District, Ningbo, Zhejiang Province

(浙江省宁波市北仑区梅山七星路88号1幢401室B区G0273)

**Jiazhen Zhao (赵佳臻)**

at the offices of Shanghai Xunmeng Information Technology Co. Ltd.

(上海寻梦信息技术有限公司)

Room 2902-2913

No. 533, Loushanguan Road

Changning District, Shanghai

(上海市长宁区娄山关路533号2902-2913室）

**Jing Ma (马靖)**

at the offices of Chanel (China) Trading Co. Ltd.

(香奈儿（中国）贸易有限公司)

N and P Section, 4th Floor

No. 185, Taigu Road

Pudong New Area, Shanghai

(中国（上海）自由贸易试验区泰谷路185号第4层N、P部位)

**Jing Ma (马靖)**

at the offices of Chanel (China) Trading Co. Ltd.

(香奈儿（中国）贸易有限公司)

50th Floor, Tower 1

No. 288, Shimen 1st Road

Jing'an District, Shanghai

(上海市静安区石门一路288号一座50楼)