# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2844
DIRECT FAX
(917) 777-2844
EMAIL ADDRESS
MICHAEL.GRIFFIN@SKADDEN.COM

July 18, 2025

**VIA EMAIL**

Alfred L. Fatale III
Beth C. Khinchuk
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
afatale@labaton.com
bkhinchuk@labaton.com

RE:     *Baxter v. PDD Holdings Inc. et al.*, 1:24-cv-5653 (PKC) (CLP)

Counsel:

On behalf of Defendant PDD Holdings Inc. ("PDDH") and pursuant to Rule 3(D) of Judge Chen's Individual Practices, please find enclosed for service in the above-referenced matter: (i) Notice of PDDH's Motion to Dismiss the Amended Complaint; (ii) a supporting Memorandum of Law; and (iii) a supporting Declaration of Michael C. Griffin, dated July 18, 2025, with exhibits.

Sincerely,

*/s/ Michael C. Griffin*

Michael C. Griffin

cc:     Hon. Pamela K. Chen, U.S.D.J., and all counsel of record (via ECF)