

**Alfred L. Fatale III**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0884
AFatale@labaton.com

August 29, 2025

**VIA E-MAIL**
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
Judith A. Flumenbaum
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Facsimile: (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

RE:     *Baxter v. PDD Holdings Inc. et al.*, 1:24-cv-5653 (PKC) (CLP)

Counsel,

On behalf of Lead Plaintiff, Boston Retirement System ("BRS"), and pursuant to Rule 3(D) of Judge Chen's Individual Practices, please find enclosed for service in the above-referenced matter: (i) Lead Plaintiff's Memorandum of Law in Opposition to Defendant PDD Holding Inc.'s Motion to Dismiss the Amended Complaint; and (ii) a supporting Declaration of Alfred L. Fatale III, dated August 29, 2025, with an exhibit.

Sincerely,

Alfred L. Fatale III

New York | Delaware | London | Washington, D.C.