UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

BLAKE BAXTER, Individually and on behalf  :
of all others similarly situated,
                                        :

        Plaintiff,                    :

                                         :

v.                                        :   24-cv-5653 (PKC) (CLP)

                                       :

PDD HOLDINGS INC. F/K/A PINDUODUO  :
INC., LEI CHEN, JING MA, JUN LIU, and
JIAZHEN ZHAO,                        :

                                         :

        Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## NOTICE OF PDD HOLDINGS INC.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Complaint (ECF No. 31); the accompanying Memorandum of Law; the accompanying Declaration of Michael C. Griffin, dated July 18, 2025, and exhibits attached thereto; and upon all prior pleadings and proceedings herein, Defendant PDD Holdings Inc. will move this Court, before the Honorable Pamela K. Chen, at the United States District Courthouse, 225 Cadman Plaza East, New York, New York, 11201, on a date and at a time designated by the Court, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) (the "PSLRA"), for an Order dismissing the Amended Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order dated June 5, 2025, any response to this Motion is due by August 29, 2025, and any reply by September 26, 2025.

Dated: New York, New York
      July 18, 2025

/s/ Michael C. Griffin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
Judith A. Flumenbaum
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Facsimile:    (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

*Counsel for Defendant PDD Holdings Inc.*

2