UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLAKE BAXTER, Individually and on behalf  :
of all others similarly situated,                  :
                                       :

      Plaintiff,                :
                                       :

v.                                       :   24-cv-5653 (PKC) (CLP)
                                     :

PDD HOLDINGS INC. F/K/A PINDUODUO  :
INC., LEI CHEN, JING MA, JUN LIU, and   :
JIAZHEN ZHAO,                    :
                                     :

      Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MICHAEL C. GRIFFIN IN SUPPORT OF DEFENDANT PDD HOLDINGS INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Michael C. Griffin, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel for Defendant PDD Holdings Inc.

2. I respectfully submit this declaration in support of Defendant PDD Holdings Inc.'s Motion to Dismiss the Amended Complaint and to transmit true and correct copies of the following documents:

Exhibit A.....................PDD Holdings, Inc. Form 20-F Annual Report for the Fiscal Year Ending December 31, 2023

Exhibit B .....................PDD Holdings, Inc. Form 20-F Annual Report for the Fiscal Year Ending December 31, 2022

Exhibit C .....................PDD Holdings, Inc. Form 20-F Annual Report for the Fiscal Year Ending December 31, 2018

Exhibit D....................United States Select Committee on the Chinese Communist Party, "Fast Fashion and the Uyghur Genocide: Interim Findings" (June 22, 2023) ("Interim Report")

Exhibit E .....................Sarah Zheng, Bloomberg Law, "Kaspersky Backs Google's Claim of Malware in China Shopping App" (March 27, 2023)

Exhibit F....................Nectar Gan, et al., CNN Business, "'I've Never Seen Anything Like This:' One of China's Most Popular Apps has the Ability to Spy on its Users, Say Experts" (April 2, 2023)

Exhibit G....................Grizzly Research, "We Believe PDD is a Dying Fraudulent Company and its Shopping App Temu is Cleverly Hidden Spyware that Poses an Urgent Security Threat to U.S. National Interests" (September 6, 2023)

Exhibit H....................Grizzly Research, Legal Disclaimer, https://grizzlyreports.com/ (last accessed July 18, 2025)

Exhibit I ....................American Depository Share Price Chart, PDD Holdings, Inc. (July 3, 2023 through September 30, 2024)

Exhibit J ....................Complaint, *Arkansas v. PDD Holdings, Inc. F/K/A Pinduoduo Inc. and Whaleco Inc. D/B/A Temu*, No. 12CV-24-149 (Ark. June 25, 2024), Dkt. No. 1

Exhibit K....................PDD Holdings, Inc. First Quarter 2024 Earnings Call Transcript (May 22, 2024)

Exhibit L ....................PDD Holdings, Inc. Second Quarter 2024 Earnings Call Transcript (August 26, 2024)

Exhibit M ...................Chelsey Tam, Morningstar Equity Analyst Note, "PDD Earnings: Fair Value Estimate Slashed by 26%, But Shares Still Cheap" (August 27, 2024)

Exhibit N....................Chelsey Tam, Morningstar Equity Analyst Note, "PDD's Temu Is Expanding Faster And Burning Less Cash Than We Expected" (May 23, 2024)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2025 in New York, New York.

*/s/ Michael C. Griffin*
Michael C. Griffin