# Exhibit I

## Exhibit I

**PDD Holdings, Inc. American Depository Shares ("ADS") Prices[1]**

| Date | Price |
|------|-------|
| 7/3/2023 | 71.29 |
| 7/5/2023 | 71.84 |
| 7/6/2023 | 67.69 |
| 7/7/2023 | 70 |
| 7/10/2023 | 70.14 |
| 7/11/2023 | 71.04 |
| 7/12/2023 | 75.34 |
| 7/13/2023 | 80.93 |
| 7/14/2023 | 79.49 |
| 7/17/2023 | 79.1 |
| 7/18/2023 | 75.67 |
| 7/19/2023 | 75.23 |
| 7/20/2023 | 74.88 |
| 7/21/2023 | 75.97 |
| 7/24/2023 | 78.85 |
| 7/25/2023 | 82.99 |
| 7/26/2023 | 84.11 |
| 7/27/2023 | 84.53 |
| 7/28/2023 | 89.35 |
| 7/31/2023 | 89.82 |
| 8/1/2023 | 90.09 |
| 8/2/2023 | 84.01 |
| 8/3/2023 | 88.81 |
| 8/4/2023 | 87.52 |
| 8/7/2023 | 85.6 |
| 8/8/2023 | 83.72 |
| 8/9/2023 | 83.48 |
| 8/10/2023 | 84.72 |
| 8/11/2023 | 81.55 |
| 8/14/2023 | 81.45 |

[1] PDD Holdings, Inc. Historical Data, PDD Holdings. Inc. American Depository Shares, Bloomberg Anywhere https://bba.bloomberg.net/ (last visited July 18, 2025). Supporting data is reflected in the following tables.

| | |
|---|---|
| 8/15/2023 | 78.84 |
| 8/16/2023 | 79.02 |
| 8/17/2023 | 79.66 |
| 8/18/2023 | 76.98 |
| 8/21/2023 | 78.06 |
| 8/22/2023 | 77.49 |
| 8/23/2023 | 77.92 |
| 8/24/2023 | 78.27 |
| 8/25/2023 | 79.91 |
| 8/28/2023 | 80.76 |
| 8/29/2023 | 93.22 |
| 8/30/2023 | 98.14 |
| 8/31/2023 | 98.97 |
| 9/1/2023 | 103.29 |
| 9/5/2023 | 101.06 |
| 9/6/2023[2] | 101.59 |
| 9/7/2023 | 96.61 |
| 9/8/2023 | 95.34 |
| 9/11/2023 | 97.4 |
| 9/12/2023 | 98.88 |
| 9/13/2023 | 98.26 |
| 9/14/2023 | 99.07 |
| 9/15/2023 | 99.46 |
| 9/18/2023 | 99.81 |
| 9/19/2023 | 98.35 |
| 9/20/2023 | 94.48 |
| 9/21/2023 | 92.17 |
| 9/22/2023 | 95.93 |
| 9/25/2023 | 96.69 |
| 9/26/2023 | 93.93 |
| 9/27/2023 | 95 |
| 9/28/2023 | 95.61 |
| 9/29/2023 | 98.07 |
| 10/2/2023 | 99.67 |
| 10/3/2023 | 97.9 |
| 10/4/2023 | 98.16 |

[2] Short Seller Grizzly Research published the Grizzly Report.

| | |
|---|---|
| 10/5/2023 | 98.36 |
| 10/6/2023 | 105.64 |
| 10/9/2023 | 106.96 |
| 10/10/2023 | 109.55 |
| 10/11/2023 | 110.07 |
| 10/12/2023 | 106.9 |
| 10/13/2023 | 106.1 |
| 10/16/2023 | 105.32 |
| 10/17/2023 | 104.85 |
| 10/18/2023 | 105.33 |
| 10/19/2023 | 104.07 |
| 10/20/2023 | 102.78 |
| 10/23/2023 | 104.19 |
| 10/24/2023 | 108.34 |
| 10/25/2023 | 107.49 |
| 10/26/2023 | 107.58 |
| 10/27/2023 | 108.28 |
| 10/30/2023 | 104.26 |
| 10/31/2023 | 101.42 |
| 11/1/2023 | 102.93 |
| 11/2/2023 | 101.31 |
| 11/3/2023 | 106.42 |
| 11/6/2023 | 107.13 |
| 11/7/2023 | 109.37 |
| 11/8/2023 | 109.65 |
| 11/9/2023 | 108.33 |
| 11/10/2023 | 109.04 |
| 11/13/2023 | 109.23 |
| 11/14/2023 | 111 |
| 11/15/2023 | 114.42 |
| 11/16/2023 | 113.05 |
| 11/17/2023 | 115.15 |
| 11/20/2023 | 118.78 |
| 11/21/2023 | 117.34 |
| 11/22/2023 | 117.44 |
| 11/24/2023 | 118.7 |
| 11/27/2023 | 117.72 |
| 11/28/2023 | 139 |
| 11/29/2023 | 141.73 |

3

| | |
|---|---|
| 11/30/2023 | 147.44 |
| 12/1/2023 | 145.27 |
| 12/4/2023 | 142.83 |
| 12/5/2023 | 143.46 |
| 12/6/2023 | 141.99 |
| 12/7/2023 | 140.29 |
| 12/8/2023 | 138.96 |
| 12/11/2023 | 143.01 |
| 12/12/2023 | 147.18 |
| 12/13/2023 | 146.41 |
| 12/14/2023 | 146.41 |
| 12/15/2023 | 148.35 |
| 12/18/2023 | 148.41 |
| 12/19/2023 | 150.09 |
| 12/20/2023 | 146.43 |
| 12/21/2023 | 146.72 |
| 12/22/2023 | 144.48 |
| 12/26/2023 | 145.22 |
| 12/27/2023 | 144.45 |
| 12/28/2023 | 145.35 |
| 12/29/2023 | 146.31 |
| 1/2/2024 | 145.64 |
| 1/3/2024 | 148.95 |
| 1/4/2024 | 147.74 |
| 1/5/2024 | 146.53 |
| 1/8/2024 | 147.55 |
| 1/9/2024 | 150.48 |
| 1/10/2024 | 149.19 |
| 1/11/2024 | 151.33 |
| 1/12/2024 | 148.63 |
| 1/16/2024 | 143.16 |
| 1/17/2024 | 142.15 |
| 1/18/2024 | 142.06 |
| 1/19/2024 | 143.64 |
| 1/22/2024 | 141.37 |
| 1/23/2024 | 140.9 |
| 1/24/2024 | 144.5 |
| 1/25/2024 | 144.43 |
| 1/26/2024 | 141.77 |

4

| | |
|---|---|
| 1/29/2024 | 130.15 |
| 1/30/2024 | 125.28 |
| 1/31/2024 | 126.87 |
| 2/1/2024 | 126.59 |
| 2/2/2024 | 124.59 |
| 2/5/2024 | 121.14 |
| 2/6/2024 | 125.78 |
| 2/7/2024 | 128.78 |
| 2/8/2024 | 126.655 |
| 2/9/2024 | 127.48 |
| 2/12/2024 | 131.57 |
| 2/13/2024 | 129.04 |
| 2/14/2024 | 132.01 |
| 2/15/2024 | 135.32 |
| 2/16/2024 | 135.26 |
| 2/20/2024 | 131.3 |
| 2/21/2024 | 129.76 |
| 2/22/2024 | 131.63 |
| 2/23/2024 | 127.69 |
| 2/26/2024 | 126.48 |
| 2/27/2024 | 128.33 |
| 2/28/2024 | 125.01 |
| 2/29/2024 | 124.54 |
| 3/1/2024 | 126.85 |
| 3/4/2024 | 122.12 |
| 3/5/2024 | 121.33 |
| 3/6/2024 | 116.64 |
| 3/7/2024 | 117.14 |
| 3/8/2024 | 110.34 |
| 3/11/2024 | 111.89 |
| 3/12/2024 | 118.16 |
| 3/13/2024 | 122.36 |
| 3/14/2024 | 123.2 |
| 3/15/2024 | 123.74 |
| 3/18/2024 | 128.71 |
| 3/19/2024 | 127.68 |
| 3/20/2024 | 132.17 |
| 3/21/2024 | 122.3 |
| 3/22/2024 | 122.99 |

5

| | |
|---|---|
| 3/25/2024 | 119.87 |
| 3/26/2024 | 120.1 |
| 3/27/2024 | 116.66 |
| 3/28/2024 | 116.25 |
| 4/1/2024 | 119.16 |
| 4/2/2024 | 118.24 |
| 4/3/2024 | 119.52 |
| 4/4/2024 | 117.47 |
| 4/5/2024 | 117.87 |
| 4/8/2024 | 117.62 |
| 4/9/2024 | 121.1 |
| 4/10/2024 | 119.7 |
| 4/11/2024 | 121.13 |
| 4/12/2024 | 115.5 |
| 4/15/2024 | 114.29 |
| 4/16/2024 | 113.52 |
| 4/17/2024 | 113.43 |
| 4/18/2024 | 113.7 |
| 4/19/2024 | 113.49 |
| 4/22/2024 | 124.14 |
| 4/23/2024 | 128.02 |
| 4/24/2024 | 127.55 |
| 4/25/2024 | 125.79 |
| 4/26/2024 | 129.31 |
| 4/29/2024 | 126.82 |
| 4/30/2024 | 125.18 |
| 5/1/2024 | 124.49 |
| 5/2/2024 | 137.54 |
| 5/3/2024 | 140.18 |
| 5/6/2024 | 138.64 |
| 5/7/2024 | 137.65 |
| 5/8/2024 | 139.16 |
| 5/9/2024 | 136.38 |
| 5/10/2024 | 136.27 |
| 5/13/2024 | 140.52 |
| 5/14/2024 | 138.69 |
| 5/15/2024 | 141.3 |
| 5/16/2024 | 143.38 |
| 5/17/2024 | 146.19 |

| | |
|---|---|
| 5/20/2024 | 146.77 |
| 5/21/2024 | 145.45 |
| 5/22/2024[3] | 147.09 |
| 5/23/2024 | 153.63 |
| 5/24/2024 | 157.57 |
| 5/28/2024 | 149.72 |
| 5/29/2024 | 151.27 |
| 5/30/2024 | 152.03 |
| 5/31/2024 | 149.78 |
| 6/3/2024 | 146.92 |
| 6/4/2024 | 145.88 |
| 6/5/2024 | 142.8 |
| 6/6/2024 | 143.83 |
| 6/7/2024 | 143.9 |
| 6/10/2024 | 148.48 |
| 6/11/2024 | 146.93 |
| 6/12/2024 | 151 |
| 6/13/2024 | 151.07 |
| 6/14/2024 | 148.98 |
| 6/17/2024 | 148.3 |
| 6/18/2024 | 144.18 |
| 6/20/2024 | 144.14 |
| 6/21/2024 | 143.86 |
| 6/24/2024 | 141.53 |
| 6/25/2024 | 140 |
| 6/26/2024 | 138.23 |
| 6/27/2024 | 131.94 |
| 6/28/2024 | 132.95 |
| 7/1/2024 | 132.98 |
| 7/2/2024 | 133.88 |
| 7/3/2024 | 137.34 |
| 7/5/2024 | 136.19 |
| 7/8/2024 | 134.68 |
| 7/9/2024 | 137.72 |
| 7/10/2024 | 138.07 |
| 7/11/2024 | 139.24 |

---

[3] PDDH released its Q1 2024 Earnings Report.

7

| | |
|---|---|
| 7/12/2024 | 142.42 |
| 7/15/2024 | 137.99 |
| 7/16/2024 | 135.84 |
| 7/17/2024 | 131.82 |
| 7/18/2024 | 132.08 |
| 7/19/2024 | 133.04 |
| 7/22/2024 | 134.24 |
| 7/23/2024 | 133.08 |
| 7/24/2024 | 131.87 |
| 7/25/2024 | 129.74 |
| 7/26/2024 | 130.8 |
| 7/29/2024 | 127.59 |
| 7/30/2024 | 123.16 |
| 7/31/2024 | 128.89 |
| 8/1/2024 | 127.82 |
| 8/2/2024 | 127.41 |
| 8/5/2024 | 126.19 |
| 8/6/2024 | 132.62 |
| 8/7/2024 | 133.15 |
| 8/8/2024 | 138.02 |
| 8/9/2024 | 138.04 |
| 8/12/2024 | 142.47 |
| 8/13/2024 | 144.02 |
| 8/14/2024 | 141.98 |
| 8/15/2024 | 145.08 |
| 8/16/2024 | 149.29 |
| 8/19/2024 | 151.11 |
| 8/20/2024 | 144.22 |
| 8/21/2024 | 145.93 |
| 8/22/2024 | 147.19 |
| 8/23/2024 | 139.87 |
| 8/26/2024 | 100 |
| 8/27/2024 | 95.91 |
| 8/28/2024 | 89.17 |
| 8/29/2024 | 93.42 |
| 8/30/2024 | 96.11 |

8