# APPENDIX A

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)

<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| 1. | 4/26/2023<br><br>2022 Annual Report | PDD, Defendant Chen & Defendant Liu | ¶¶69–70 | In 2022 Annual Report, PDD stated that:<br>***Our business is subject to a large number of laws across many jurisdictions, many of which are evolving.***<br>* * *<br>***We strive to comply with all applicable laws**, but they may conflict with each other, and by complying with the laws or regulations of one jurisdiction, we may find that we are violating the laws or regulations of another jurisdiction. **Despite our efforts, we may not have fully complied in the past and may not fully comply in the future, particularly where the applicable regulatory regimes have not been broadly interpreted . . .*** | Relevant Risks Disclosed (Mot. 10–13)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 13–14)<br><br>No Allegations Showing Statement False When Made (Mot. 14–15)<br><br>Puffery (Mot. 19) | PDD's Risk Disclosures Were Inadequate (PB 7–9)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 9)<br><br>The AC Pleads Materially False and Misleading Statements (PB 10–12)<br><br>Not Inactionable Puffery (PB 11–12) |
| 2. | 4/25/2024<br><br>2023 Annual Report | PDD & Defendant Chen | ¶¶71–73 | ***Additionally, if the third-party merchants that sell merchandise on our platforms or the third-party vendors that provide services to us violate applicable laws or regulations, those violations could also result in liabilities for us and harm our brands, reputation and business. For example, in June 2022, the Uyghur Forced Labor Prevention Act, or the UFLPA, became effective in the*** | Relevant Risks Disclosed (Mot. 10–13)<br><br>No Duty to Disclose Uncharged | PDD's Risk Disclosures Were Inadequate (PB 7–9)<br><br>Defendants Had a Duty to Make Statements That Were |

---

[1] PDD argues that for each false and misleading statement, Defendants disclosed the relevant risks, Defendants had no duty to disclose, and the Amended Complaint fails to allege falsity and raises additional challenges that certain misstatements are inactionable puffery or forward-looking.

For clarity and ease of reference, this chart identifies the specific challenge made by Defendants to each statement, where and how the challenge was made, and Lead Plaintiff's response in its brief in opposition to the motion to dismiss ("PB").

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | *U.S., establishing a rebuttable presumption that goods mined, produced, or manufactured in a certain region in China or by an entity on the UFLPA Entity List are prohibited from importation into the U.S. We require merchants on the Temu platform to comply with our third-party code of conduct, which strictly prohibits the use of forced, penal or child labor. In addition, we establish policies and procedures to ensure that no seller on the Temu platform is on the UFLPA Entity List, and use technology to identify products that are at higher risk of non-compliance. Any third-party violations of applicable laws or our policies may subject us to negative publicity, investigations, fines, fees, settlements or other costs and liabilities as a result of the enforcement of laws, regulations, sanctions, embargoes, export controls programs or other restrictions.* | Wrongdoing (Mot. 13–14) No Allegations Showing Statement False When Made (Mot. 14–15) | Not Misleading (PB 9) The AC Pleads Materially False and Misleading Statements (PB 10–12) |
| 3. | 4/25/2024 2023 Annual Report | PDD & Defendant Chen | ¶¶74–75 | *Our business is subject to a large number of laws across many jurisdictions, many of which are evolving.* * * * *We strive to comply with all laws and regulations that are applicable to our operations around the world.* Despite our efforts, we may not have fully complied in the past, and may not be able to fully or timely comply in the future, with all applicable laws and regulations, particularly where the regulatory regimes have not been broadly applied to e commerce platforms * * * *Additionally, if the third-party merchants that sell merchandise on our platforms or the third-party vendors that provide services to us violate applicable laws or regulations, those violations could also result in liabilities for us and harm our brands, reputation and business. For* | Relevant Risks Disclosed (Mot. 10–13) No Duty to Disclose Uncharged Wrongdoing (Mot. 13–14) No Allegations Showing Statement False When Made (Mot. 14–15) | PDD's Risk Disclosures Were Inadequate (PB 7–9) Defendants Had a Duty to Make Statements That Were Not Misleading (PB 9) The AC Pleads Materially False and Misleading Statements (PB 10–12) Not Inactionable Puffery (PB 11–12) |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)

<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | *example, in June 2022, the Uyghur Forced Labor Prevention Act, or the UFLPA, became effective in the U.S., establishing a rebuttable presumption that goods mined, produced, or manufactured in a certain region in China or by an entity on the UFLPA Entity List are prohibited from importation into the U.S. We require merchants on the Temu platform to comply with our third-party code of conduct, which strictly prohibits the use of forced, penal or child labor. In addition, we establish policies and procedures to ensure that no seller on the Temu platform is on the UFLPA Entity List, and use technology to identify products that are at higher risk of non-compliance.* | Puffery (Mot. 19)<br><br>Forward-Looking (Mot. 19) | Not Forward-Looking (PB 11–12) |
| 4. | 5/22/2024<br><br>Q1 2024 Earnings Call | PDD & Defendant Chen | ¶¶76–77 | With the goal of building an *industry-leading compliance program*, we will make . . . [firm] investment to create a safe and trustworthy shopping environment for our users. To uphold our compliance [standards], we will conduct forward-looking research into laws and regulations in the market we operate and transform our know-how into tools that can be easily assessed at our merchants.<br>* * *<br>And regarding your second question on compliance, [a]s our business grows, consumers and regulatory bodies are holding us accountable for ever higher compliance requirements and also on the merchants doing business with us. And in order to create a trustworthy shopping environment for our users, *compliance is an area where we're committed to improve and where we have invested significant resources over the past few quarters*. Major regulatory frameworks around the world are evolving and new laws and regulations are being introduced. And therefore we see compliance capability as an important | Relevant Risks Disclosed (Mot. 10–13)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 13–14)<br><br>No Allegations Showing Statement False When Made (Mot. 14–15)<br><br>Puffery (Mot. 19) | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements (PB 12–14)<br><br>Not Inactionable Puffery (PB 15) |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)

**Lead Plaintiff's Appendix A – Misstatements Chart**

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | aspect of our high-quality development strategy and also compliance capabilities as one of our core capabilities of our platform. | Forward-Looking (Mot. 19) | Not Forward-Looking (PB 15) |
| 5. | 4/30/2021<br><br>2020 Annual Report | PDD, Defendant Chen & Defendant Ma | ¶¶78–80 | We have a data security team of engineers and technicians dedicated to protecting the security of our data. ***We have also adopted strict data protection policy to ensure the security of our proprietary data. We collect anonymized, nonconfidential user behavior and pattern data based on their interactions with our platform through our social network partners, which have been pre-processed to exclude user identity or other sensitive information***. We encrypt confidential personal information we gather from our own platform. To ensure data security and avoid data leakage, we have established stringent internal protocols under which we grant classified access to confidential personal data only to limited employees with strictly defined and layered access authority. We strictly control and manage the use of data within our various departments and do not share data with external third parties, nor do we cooperate with third-party vendors in data analytics efforts. | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing Statement False When Made (Mot. 16–19) | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements (PB 12–14) |
| 6. | 4/29/2022<br><br>Q2 2022 Earnings Call | PDD & Defendant Chen | ¶¶81–82 | Defendant Chen boasted to investors that PDD has "always been strictly compliant with China's data security standards as regulators and the industry as a whole continue to raise the bar on data security and data protection. We will also keep holding ourselves to the higher standards. This is to help provide to our users and merchants a safe and efficient shopping environment." | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and |

*Baxter v. PDD Holdings Inc. et al.*, **No. 24-cv-5653 (PKC) (CLP)**
**Lead Plaintiff's Appendix A – Misstatements Chart**

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | | Statement False When Made (Mot. 16–19)<br><br>Puffery (Mot. 19)<br><br>Forward-Looking (Mot. 19) | Misleading Statements (PB 12–14)<br><br>Not Inactionable Puffery (PB 15)<br><br>Not Forward-Looking (PB 15) |
| 7. | 4/26/2023<br><br>2022 Annual Report | PDD, Defendant Chen & Defendant Liu | ¶¶83–84 | *Our business generates and processes a large amount of data, and we are required to comply with applicable laws relating to privacy and cybersecurity.*<br>*The improper use or disclosure of data could have a material and adverse effect on our business and prospects.* Our business generates and processes a large amount of data. We face risks inherent in handling and protecting them. *In particular, we face a number of challenges relating to data from transactions and other activities on our platforms, including:*<br>*• protecting the data in and hosted on our system, including against attacks on our system by outside parties or fraudulent behavior or improper use by our employees, and securely transmitting such data over public networks;*<br>*• addressing concerns related to privacy and sharing, safety, security and other factors; and*<br>*• complying with applicable laws and regulations relating to the collection, use, storage, transfer, disclosure and security of personal data, including requests from regulatory and government authorities relating to these data.* | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing Statement False When Made (Mot. 16–19)<br><br>Puffery (Mot. 19) | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements (PB 12–14)<br><br>Not Inactionable Puffery (PB 15) |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
**<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>**

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | * * *<br>*Any negative publicity on our platforms' data safety or privacy protection mechanisms and policies, and any claims asserted against us or fines imposed upon us as a result of actual or perceived failures, could have a material and adverse effect on our public image, reputation, financial condition and results of operations*. Any compromise of our information security or the information security measures of our contracted third-party online payment service providers that results in data being improperly used or disclosed could have a material and adverse effect on our reputation, business, prospects, financial condition and results of operations. *Significant capital, managerial and other resources, including costs incurred to deploy additional personnel and develop network protection technologies, train employees, and engage third-party experts and consultants, may be required to ensure and enhance information security or to address the issues caused by a potential security failure*. | | |
| 8. | 4/26/2023<br><br>2022 Annual Report | PDD, Defendant Chen & Defendant Liu | ¶¶85–86 | *Our business is subject to a large number of laws across many jurisdictions, many of which are evolving.*<br>* * *<br>*We strive to comply with all applicable laws*, but they may conflict with each other, and by complying with the laws or regulations of one jurisdiction, we may find that we are violating the laws or regulations of another jurisdiction. *Despite our efforts, we may not have fully complied in the past and may not fully comply in the future, particularly where the applicable regulatory regimes have not been broadly interpreted* . . . | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing Statement False | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)

<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | | When Made (Mot. 16–19) | (PB 12–14) |
| | | | | | Puffery (Mot. 19) | Not Inactionable Puffery (PB 15) |
| | | | | | Forward-Looking (Mot. 19) | Not Forward-Looking (PB 15) |
| 9. | 11/28/2023 Q3 2023 Earnings Call | PDD & Defendant Zhao | ¶¶87–90 | *Our approach to competition has always been clear, which is we don't focus on what our competitors do, but what our consumers need. We have been seeing a clear trend of consumption upgrade among our users. And against this backdrop, we formulated the high-quality development strategy to better adapt to this trend. The idea is very simple, but simple does not mean easy. There is both healthy and malicious competition. Sometimes competition can easily evolve into unhealthy market practices. And those who do well will always attract attacks. And for example, we noted a short-tail report on our company was issued in early September. The allegations in the report are totally baseless and a short sale had a spotty track record. And on this page, the report was published with the intent to create panic and to drive down stock prices and enabling the firm to -- the short seller to profit from short position.* | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing Statement False When Made (Mot. 16–19) | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements (PB 12–14) |
| 10. | 4/25/2024 2023 Annual Report | PDD & Defendant Chen | ¶¶91–93 | *Our business generates and processes a large amount of data, and we are required to comply with laws relating to privacy and cybersecurity. The improper use or disclosure of data could have a material and adverse effect on our business and prospects.*<br>Our business generates and processes a large amount of | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | data. We face a number of challenges relating to data from transactions and other activities on our platforms, including: • protecting the data in and hosted on our system, including against attacks on our system *by outside parties or fraudulent behavior or improper use by our employees*, and securely transmitting such data over public networks; • addressing concerns related to privacy, sharing, safety, security and other factors; and • *complying with applicable laws and regulations relating to the collection, use, storage, transfer, disclosure and security of personal data*, including any requests from regulatory and government authorities relating to these data. To address these challenges, we have adopted strict security policies and measures, including encryption technology, to protect our proprietary data and buyer information. *Maintaining complete security on our platforms and systems for the storage and transmission of confidential or private data, such as buyers' personal information, payment-related information and transaction information, is essential to maintaining consumer confidence in our platforms and systems.* * * * *Any negative publicity on our platforms' data safety or privacy protection mechanisms and policies, and any claims asserted or investigations against us or fines imposed upon us as a result of actual or perceived failures, could have a material and adverse effect on our public image, reputation, financial condition and results of operations.* Any compromise of our information security or the information security measures of our contracted third-party payment service providers that results in data being improperly used or disclosed could also materially and | Uncharged Wrongdoing (Mot. 16)  No Allegations Showing Statement False When Made (Mot. 16–19)  Puffery (Mot. 19) | Statements That Were Not Misleading (PB 12)  The AC Pleads Materially False and Misleading Statements (PB 12–14)  Not Inactionable Puffery (PB 15) |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
<u>Lead Plaintiff's Appendix A – Misstatements Chart</u>

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | adversely affect us. Significant capital, managerial and other resources, including costs incurred to deploy additional personnel, develop network protection technologies, train employees, and engage third-party experts and consultants, may be required to ensure and enhance information security or to address the issues caused by a potential security failure. | | |
| 11. | 4/25/2024<br><br>2023 Annual Report | PDD & Defendant Chen | ¶¶94–¶95 | ***Our business is subject to complex and evolving laws and regulations regarding privacy and data protection in the countries and regions where we have operations. These laws and regulations can be complex and stringent, and many are subject to change and evolving interpretation, which may result in claims, changes to our data and other business practices, regulatory investigations, penalties, or otherwise affect our business.*** [Emphasis in original.] Regulatory authorities around the world have adopted laws and regulations or are considering legislative and regulatory proposals concerning privacy and data protection, including in the PRC, U.S. and the European Union. These laws and regulations regulate the way we collect, use, store, transfer, disclose and secure data and protect the privacy of our users. Global developments in these laws may also create additional compliance obligations for us in the jurisdictions in which we operate.<br>* * *<br>Aspects of certain newly enacted state privacy statutes remain unclear, resulting in further legal uncertainty and potentially requiring us to modify our data practices and policies and to incur substantial additional costs and expenses to comply. ***If more stringent privacy legislation arises in the United States, it could increase our potential liability and adversely affect our business, results of*** | Relevant Risks Disclosed (Mot. 15–16)<br><br>No Duty to Disclose Uncharged Wrongdoing (Mot. 16)<br><br>No Allegations Showing Statement False When Made (Mot. 16–19)<br><br>Puffery (Mot. 19) | PDD's Risk Disclosures Were Inadequate (PB 14–15)<br><br>Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12)<br><br>The AC Pleads Materially False and Misleading Statements (PB 12–14)<br><br>Not Inactionable Puffery (PB 15) |

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
**Lead Plaintiff's Appendix A – Misstatements Chart**

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | *operations, and financial condition.* <br> * * * <br> *Complying with these laws and contractual or other obligations relating to privacy, data protection, data transfers, data localization, or information security may require us to incur substantial operational costs or modify our data practices and policies.* We have taken and will continue to take reasonable measures to comply with such laws and regulations, including those set forth under "Item 4. Information on the Company—B. Business Overview—Data Security and Protection" and "Item 16K. Cybersecurity." *However, there are uncertainties with respect to how such laws and regulations will be implemented and interpreted in practice. Complying with applicable laws and regulations relating to data security and personal information protection may be costly and result in additional expenses to us, and any material failure to do so may subject us to potential liability, regulatory investigations, costly litigation or negative publicity, harm our reputation and business operations, significantly limit or completely hinder our ability to continue to offer securities to investors, or cause the value of such securities to significantly decline.* | | |
| 12. | 5/22/2024 <br><br> Q1 2024 Earnings Call | PDD & Defendant Chen | ¶¶96–97 | Defendant Chen discussed PDD's future goals and the Company's intentions as they related to compliance stating that: "compliance is an area where [PDD is] committed to improve and where [PDD has] invested significant resources over the past few quarters." | Relevant Risks Disclosed (Mot. 15–16) <br><br> No Duty to Disclose Uncharged Wrongdoing (Mot. 16) | PDD's Risk Disclosures Were Inadequate (PB 14–15) <br><br> Defendants Had a Duty to Make Statements That Were Not Misleading (PB 12) |

10

*Baxter v. PDD Holdings Inc. et al.*, No. 24-cv-5653 (PKC) (CLP)
**Lead Plaintiff's Appendix A – Misstatements Chart**

| # | Date and Source | Individual Speaker | Complaint Cites | False or Misleading Statements and Omissions | Defendant's Challenges[1] | Lead Plaintiff's Rebuttal |
|---|---|---|---|---|---|---|
| | | | | | No Allegations Showing Statement False When Made (Mot. 16–19)<br><br>Puffery (Mot. 19)<br><br>Forward-Looking (Mot. 19) | The AC Pleads Materially False and Misleading Statements (PB 12–14)<br><br>Not Inactionable Puffery (PB 15)<br><br>Not Forward-Looking (PB 15) |

11