**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x |  |
|  | : |  |
| BLAKE BAXTER, individually and on behalf of all others similarly situated, | : | Case No. 24-cv-05653-PKC-CLP |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| PDD HOLDINGS INC. F/K/A PINDUODUO INC., LEI CHEN, JING MA, JUN LIU, and JIAZHEN ZHAO, | : |  |
|  | : |  |
|  | : |  |
| Defendants | : |  |
|  | x |  |

**DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANT PDD HOLDING INC.'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Alfred L. Fatale III, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the Bar of this Court and a Partner of Labaton Keller Sucharow LLP, 140 Broadway, New York, NY 10005, Lead Counsel for Lead Plaintiff Boston Retirement System and the proposed class.

2.      I respectfully submit this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendant PDD Holdings Inc.'s Motion to Dismiss the Amended Complaint.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of the unpublished decision *Bernacchi v. Investment Technology Group, Inc.*, No. 15-cv-6369 (S.D.N.Y. Apr. 26, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 29, 2025

/s/ Alfred L. Fatale III